Julia F. Fitz Gerald, Respondent, v. Edward F. Fitz Gerald, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Benjamin Benenson, in Behalf of Himself and Other Stockholders of the Grove Hill Realty Company, Respondent, v. Grove Hill Realty Company and George H. Taylor, Jr., Impleaded with John G. Borgstede and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Calmon Asbestos and Rubber Works of America, Appellant, v. Asbest und Gummiwerke Alfred Calmon Aktiengesellschaft, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Vincenzo Coppello.— Motion to dismiss appeal granted.

The People of the State of New York v. Emil Reiss.— Motion to dismiss appeal granted.

Neil A. Flannery v. Albert J. Aubrey and Others.— Motion to dismiss appeal as to defendant Aubrey granted, with ten dollars costs.

William T. R. Price v. Equitable Trust Company of New York, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs.

H. Koehler & Company v. Barned Schwartz.— Motion to dismiss appeal granted, with ten dollars costs.

Adolph G. Kaufman v. Benjamin L. Weil and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Baldwin Schlesinger, as Executor, etc., v. Phil Bear, Impleaded, etc.— Motion to dismiss appeal denied, upon condition that appellant comply with terms stated in order.

Max S. Levine v. Solomon H. Schlanger.— Application denied, with ten dollars costs. Order signed.

George B. Webster v. Clark H. Abbott and Others.— Application granted. Order signed.

George B. Webster v. Clark H. Abbott and Others.— Motion granted.

Simon Blum v. Harris Cohen.— Application denied, with ten dollars costs. Order signed.

Brody, Adler & Koch Company v. Thomas A. Dent.— Application denied, with ten dollars costs. Order signed.

Wading River Realty Company v. Gilbert E. Loper.— Motion granted, on payment of ten dollars costs, appellant to stipulate to submit appeal without argument if respondent desires such a submission. If respondent desires to argue, on payment of costs the case will be set down for November twenty-ninth. Settle order on notice.

Yetta Bernstein v. Meyer Solomon, Impleaded, etc.— Motion denied, with ten dollars costs.

Maurice F. Roche v. American Ice Company.— Motion denied, with ten dollars costs.

Elizabeth M. Beck v. John Staudt, as Executor. Frederick W. Huber and Others, Applicants.— Motion denied, with ten dollars costs.

John P. McDonald v. Degnon-McLean Contracting Company and Others.— Motion denied, with ten dollars costs.